August 9, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

ANGELINA GAILEY, IN HER CAPACITY AS INDEPENDENT EXECUTRIX OF THE ESTATE OF PATRICK LEE GAILEY, DECEASED, Appellant

NO. 14-11-01052-CV                          V.

PASQUAL GUTIERREZ, Appellee

_____

       Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on August 24, 2011.  Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

       We order appellant, Angelina Gailey, in her Capacity as Independent Executrix of the Estate of Patrick Lee Gailey, Deceased, to pay all costs incurred in this appeal.

       We further order this decision certified below for observance.